# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144879 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 144879
                                              COA: 305958
                                              Kalamazoo CC: 05-001647-FC

KENDRICK BARNARD LEE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for an evidentiary hearing is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917